IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JACQUELINE GREEN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:13-CV-4134-B |
| § | |
| EXPERIAN INFORMATION SOLUTIONS, § | |
| INC. and TRANSUNION LLC, § | |
| § | |
| Defendants. § | |

## ORDER

Pursuant to the order of reference dated June 2, 2014, before the Court is *Defendant Trans Union LLC's Motion to Deem Matters Admitted*, filed April 14, 2014 (doc. 38).  A hearing was conducted on the record concerning this motion on June 13, 2014.  The plaintiff did not appear; the defendants appeared through counsel.[1]  Based on the relevant filings, evidence, oral argument, and applicable law, and for the reasons stated on the record during the hearing, the motion to have the requests for admissions deemed admitted is **DENIED**.  The motion to compel the plaintiff to answer the requests for admissions is **GRANTED**.  The plaintiff's objections to the requests for admissions are overruled, and she must serve her answers to the requests on the defendant's counsel no later than 5:00 p.m. on Friday, June 20, 2014.

**SO ORDERED** on this 13th day of June, 2014.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By order dated June 3, 2014 (doc. 56), the hearing was originally scheduled for 10:00 a.m. on June 10, 2014.  On June 5, 2014, the plaintiff filed a notice stating that she could not attend the hearing on June 10, 2014, but that she was available on June 13, 2014 (doc. 57).  By electronic order dated June 9, 2014 (doc. 59), the hearing was rescheduled for 9:00 a.m. on June 13, 2014, to accommodate the plaintiff's schedule.